# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2021

**BY ECF**

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: ___March 16, 2021___

The Honorable Judge Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   **United States v. Joanna DeJesus, et al.**
      **20 Cr. 397 (PGG)**

Honorable Judge Gardephe:

I write to request a temporary modification to Joanna DeJesus's bail conditions to allow her to travel to the District of New Jersey to attend a baby shower on Saturday, March 20, 2021. The Government and Pretrial Services do not object to this request.

On February 11, 2020, Ms. DeJesus was presented in Magistrate Court and the following bail conditions were set and subsequently met:

$50,000 personal recognizance bond to be co-signed by two financially responsible persons for moral suasion; compliance with pre-trial supervision as directed; surrender of travel documents with no new applications and travel restricted to the Southern and Eastern Districts of New York; no possession of firearms/destructive devices/other weapons; no new lines of credit or bank accounts; and no contact with the alleged victim or co-defendant outside the presence of counsel.

Ms. DeJesus now respectfully requests that the bail conditions be temporarily modified to allow her to travel to the District of New Jersey to attend a friend's baby shower on Saturday, March 20, 2021. Ms. DeJesus has remained in compliance with all of the conditions of her pretrial release since her arrest more than one year ago. The Government and Pretrial Services do not object to this request.

Respectfully submitted,

        */s/*
Marne L. Lenox
Assistant Federal Defender                **SO ORDERED:**
(212) 417-8721


                                          _____
                                          **HONORABLE PAUL G. GARDEPHE**
                                          United States District Judge


cc:      Rebecca Dell, Assistant U.S. Attorney
         Dominique Jackson, Pre-Trial Services Officer