UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOANNA DEJESUS,

Defendant.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for April 16, 2021 at 10:00 a.m. is adjourned to **April 16, 2021 at 1:00 p.m.**

Dated: New York, New York
April 7, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge