UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOANNA DEJESUS,

Defendant.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for August 26, 2021 is adjourned to **September 7, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge